AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>John Carl<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case: 1:24-mj-00250<br>  Assigned to: Judge Faruqui, Zia M.<br>  Assign Date: 8/13/2024<br>  Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   John Carl                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment    ❐ Superseding Indictment    ❐ Information    ❐ Superseding Information    ☒ Complaint

❐ Probation Violation Petition    ❐ Supervised Release Violation Petition    ❐ Violation Notice    ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder,
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building.

Date:    08/13/2024                              _____
                                                *Issuing officer's signature*

                                                Zia M. Faruqui

City and state:        Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge
                                                *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 8/14/2024 , and the person was arrested on *(date)* 8/15/2024<br>at *(city and state)* Pinetops, NC                          .<br><br>Date: 8/15/2024                              _____<br>                                                *Arresting officer's signature*<br><br>                                                Geoffry Whitfield Special Agent FBI<br>                                                *Printed name and title* |