AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Richard Gutowski | )<br>)<br>)<br>)<br>)<br>)<br>) |

**Case: 1:24-mj-00250**
**Assigned to: Judge Faruqui, Zia M.**
**Assign Date: 8/13/2024**
**Description: COMPLAINT W/ ARREST WARRANT**

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Richard Gutowski
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G)- Parading, Picketing, and Demonstrating in a Capitol Building.

**Zia M. Faruqui**

Date:     08/13/2024

*Issuing officer's signature*

City and state:        Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/13/24 , and the person was arrested on *(date)* 9/13/24
at *(city and state)* Defiance, OH .

Date:    9/16/24

*Arresting officer's signature*

Chad Smith / Deputy US Marsh
*Printed name and title*